AARON D. FORD
  Attorney General
KAYLA D. DORAME, Bar No. 15533
  Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1259
E-mail:  kdorame@ag.nv.gov

*Attorneys for Specially Appearing
Defendant Dr. Frances Oakman and
Lisa Walsh*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EMMANUEL CABALLERO,<br><br>          Plaintiff,<br><br>vs.<br><br>DR. VERNE E. LEWIS, et al.,<br><br>          Defendants. | Case No.  3:21-cv-00039-MMD-CSD<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO SUBMIT EARLY CONFIDENTIAL MEDIATION STATEMENT**<br>**(FIRST REQUEST)** |

Specially Appearing Defendants, Dr. Frances Oakman and Lisa Walsh, by and through counsel, Nevada Attorney General, Aaron D. Ford, and Deputy Attorney General, Kayla D. Dorame, hereby file this Motion for Extension of Time to Submit Early Confidential Mediation Statement. The current due date for the mediation statement is June 21, 2022 and Defendants request an extension to June 28, 2022

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.     RELEVANT BACKGROUND**

Defendants respectfully request that this Court enter an order extending the time the parties submit their early mediation conference.  Defense counsel spoke with Emmanuel Caballero (Caballero) on June 16, 2022, to discuss settlement prior to their scheduled early mediation conference. To avoid divulging confidential information, only basic information regarding the conversation will be discussed in this motion.  Caballero expressed that he does not seek any monetary relief and therefore feels that this matter could be resolved relatively quickly without the Court's intervention.

Defense counsel is scheduled to meet with Caballero on Friday, June 24, 2022 to discuss this matter along with other various matters. Defense counsel has investigated Caballero's demands and wishes to discuss this matter with him in hopes to resolve this matter prior to the scheduled early mediation conference statement.

## II.     LEGAL DISCUSSION

This Court should extend the time for submission of the confidential early mediation statement. A request to extend a time set by Court order within 21 days of the expiration must be supported by good cause. Local R. 26-3. Caballero expressed a desire to reach a settlement prior to the mediation. A follow-up meet and confer regarding settlement was scheduled, but unable to be accomplished until June 24, 2022. Defendants believe this meet and confer has potential for settling the matter before the mediation. Accordingly, to avoid expending resources on a mediation statement that may be avoided in the next meet and confer, Defendants respectfully request that this Court enter an order extending the time for the parties to submit their confidential early mediation conference statement. If the meet and confer does not result in settlement, then the extension provides adequate time to complete the mediation statements and submit to the mediator. The Defendant's request this extension of time be no later than the close of business on June 28, 2022.

## III.    CONCLUSION

Defendants request this Court extend the time for the confidential early mediation statement in an effort to preserve resources.

DATED this 21st day of June, 2022.

                AARON D. FORD
                Attorney General

                By:  */s/Kayla D. Dorame*
                      KAYLA D. DORAME, Bar No. 15533
                      Deputy Attorney General

                *Attorneys for Defendants*

IT IS SO ORDERED.
DATED:  June 22, 2022.

_____
UNITED STATES MAGISTRATE JUDGE