# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

EMMANUEL CABALLERO,

    Plaintiff

v.

DR. VERNE E. LEWIS, et al.,

    Defendants

Case No.: 3:21-cv-00039-MMD-CSD

**Order**

Re: ECF No. 16

    Before the court is a stipulation to stay the Early Mediation Conference (EMC) in this case for an additional 60 days, until August 23, 2022, while the parties attempt to informally resolve this action. (ECF No. 16.)

    The stipulation is **APPROVED**. The EMC is hereby stayed until **August 23, 2022**. On or before that date, the parties shall file a notice advising the court whether this action has been resolved. The 90-day stay and the deadline for the filing of the 90-day stay report are extended until **August 23, 2022**. Until the court lifts the stay, no other pleadings or papers may be filed in this case, and the parties may not engage in discovery. Nor are the parties required to respond to any paper filed in violation of the stay unless specifically ordered by the court to do so.

**IT IS SO ORDERED**.

Dated: June 29, 2022

                                       Craig S. Denney
                                       United States Magistrate Judge