# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EMMANUEL CABALLERO,<br><br>　　　　　　　　Plaintiff,<br>　v.<br>DR. VERNE E. LEWIS, et al.,<br><br>　　　　　　　　Defendants. | 3:21-cv-00039-MMD-CSD<br><br>**ORDER**<br><br>Re: ECF No. 19 |

　　　　Before the court is the Office of the Attorney General's Notice (ECF No. 19) in which they request an additional sixty (60) day extension to try and resolve this matter.

　　　　**IT IS HEREBY ORDERED** that the Early Mediation Conference is stayed until **Monday, September 26, 2022**. On or before that date, the parties shall file a notice advising the court whether this action has been resolved. The 90-day stay and the deadline for the filing of the 90-day stay report are extended until September 26, 2022. Until the court lifts the stay, no other pleadings or papers may be filed in this case, and the parties may not engage in discovery. Nor are the parties required to respond to any paper filed in violation of the stay unless specifically ordered by the court to do so.

　　　　DATED: August 24, 2022.



　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE