1
2
3

**UNITED STATES DISTRICT COURT**

4

**DISTRICT OF NEVADA**

5   EMMANUEL CABALLERO,                     Case No. 3:21-cv-00039-MMD-CSD

6                                Plaintiff,

7        v.                                 **ORDER RE: SERVICE OF PROCESS**

8   DR. VERNE E. LEWIS, *et al.*,

9                                Defendants.

10       Pursuant to the court's order (ECF No. 41), the Office of the Attorney General has filed a

11  Notice of Non-Acceptance of Service on behalf of Defendants Dr. Woods, Keith Ownsby, and

12  Dr. Robert Scofield. (ECF No. 45.)  However, the Attorney General has filed the last known

13
14  addresses of these Defendants under seal. (ECF No. 46.)

15       The Clerk shall ISSUE summonses for **Dr. Woods**, **Keith Ownsby**, and **Dr. Robert**

16  **Scofield** and send the same to the U.S. Marshal with the addresses provided under seal. (ECF No.

17  46.) The Clerk shall also SEND sufficient copies of the First Amended Complaint, (ECF No. 10),

18
19  the screening order, (ECF No. 9), and this order to the U.S. Marshal for service on Defendants

20  Dr. Woods, Keith Ownsby, and Dr. Robert Scofield. The court will separately provide to the

21  U.S. Marshal completed USM 285 forms for the Defendants.

22       Plaintiff is reminded that **July 5, 2023**, is the deadline to complete service of process

23  pursuant to Fed. R. Civ. P. 4(m).

24       **IT IS SO ORDERED.**

25       DATED:  May 5, 2023.

26
27                                                    _____
                                                      UNITED STATES MAGISTRATE JUDGE
28