UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| EMMANUEL CABALLERO<br><br>Plaintiff,<br>v.<br>DR. VERNE E. LEWIS ET AL<br><br>Defendants. | Case No. 3:21-cv-039-MMD-CSD<br><br>ORDER |

The First Amended Complaint in this action was filed on March 29, 2022. (ECF No. 10.) The Court issued a notice of intent to dismiss Dr. Verne E. Lewis, Woods and Keith Ownsby under Fed. R. Civ. P. 4(m) unless proof of service is filed by September 7, 2023. (ECF No. 56.) To date, no such proof of service has been filed. Accordingly, it is therefore ordered that the claims against Dr. Verne E. Lewis, Woods and Keith Ownsby are dismissed without prejudice.

Dated: October 3, 2023

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE