AARON D. FORD
Attorney General
JANET E. TRAUT, Bar No. 8695
Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1120
E-mail: jtraut@ag.nv.gov

*Attorneys for Defendants
Brad Kyle, Jose Caprillas-Mercado,
Francis Oakman, Robert Schofield,
and Lisa Walsh*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EMMANUEL CABALLERO,<br><br>Plaintiff,<br><br>v.<br><br>DR. VERNE E. LEWIS, et al.,<br><br>Defendants. | Case No. 3:21-cv-00039-MMD-CSD<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED**, by and between Plaintiff, Emmanuel Caballero, *in proper person*, and Defendants Brad Kyle, Jose Caprillas-Mercado, Francis Oakman, Robert Scholfield, and Lisa Walsh, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Janet E. Traut, Deputy Attorney General,

///

///

///

///

///

Page 1

///

///

///

that the above-captioned action should be dismissed with prejudice, by order of this Court, with each party to bear his own costs.

DATED this 15 day of November, 2023          DATED this 15th day of November, 2023

　　　　　　　　　　　　　　　　　　　　　　　AARON D. FORD
　　　　　　　　　　　　　　　　　　　　　　　Attorney General

*Emmanuel J. Caballero*　　　　　　　　　By: *Janet E. Traut*
EMMANUEL CABALLERO　　　　　　　　　　JANET E. TRAUT, Bar No. 8695
#1135573　　　　　　　　　　　　　　　　　Deputy Attorney General
Plaintiff, *Pro Se*　　　　　　　　　　　　*Attorneys for Defendants*

* * *

IT IS SO ORDERED.

_____
**UNITED STATES JUDGE**

DATED:  February 8, 2024

## CERTIFICATE OF SERVICE

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on February 8, 2024, I electronically filed the foregoing, **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**, via this Court's electronic filing system. Parties that are registered with this Court's electronic filing system will be served electronically. For those parties not registered, service was made by depositing a copy for mailing in the United States Mail, first-class postage prepaid, at Carson City, Nevada, addressed to the following:

>   Emmanuel Caballero, #1135573
>   Northern Nevada Correctional Center
>   P. O. Box 7000
>   Carson City, NV 89702

_____
An employee of the
Office of the Nevada Attorney General